1  BARRY E. HINKLE, Bar No. 071223
   NICOLE M. PHILLIPS, Bar No. 203786
2  BRUCE A. HARLAND, Bar No. 230477
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  KEN WALTERS and JOHN BONILLA, in          ) No.    C05-02404 MHP
    their respective capacities as Trustees of the  )
12  OPERATING ENGINEERS HEALTH AND            )
    WELFARE TRUST FUND FOR NORTHERN           )
13  CALIFORNIA; BOARD OF TRUSTEES OF          ) **STIPULATION FOR ENTRY OF**
    THE PENSION TRUST FUND FOR                ) **JUDGMENT; ~~PROPOSED~~ ORDER**
14  OPERATING ENGINEERS; BOARD OF             )
    TRUSTEES OF THE PENSIONED                 )
15  OPERATING ENGINEERS HEALTH AND            )
    WELFARE FUND; BOARD OF TRUSTEES           )
16  OF THE OPERATING ENGINEERS AND            )
    PARTICIPATING EMPLOYERS PRE-              )
17  APPRENTICESHIP, APPRENTICE AND            )
    JOURNEYMEN AFFIRMATIVE ACTION             )
18  TRAINING FUND; BOARD OF TRUSTEES          )
    OF THE OPERATING ENGINEERS                )
19  VACATION AND HOLIDAY PLAN,                )
                                              )
20            Plaintiffs,                     )
                                              )
21       v.                                   )
                                              )
22  ENGEO INCORPORATED, A California          )
    Corporation                               )
23                                            )
              Defendant.                      )
24  _____ )

25

26       The parties hereby stipulate and agree as follows:

27       1.      Ken Walters and John Bonilla, In Their Respective Capacities As Trustees Of The

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
No. C05-02404 MHP
109717/398846

1    Operating Engineers Health And Welfare Trust Fund For Northern California; Board Of Trustees

2    Of The Pension Trust Fund For Operating Engineers; Board Of Trustees Of The Pensioned

3    Operating Engineers Health And Welfare Fund; Board Of Trustees Of The Operating Engineers

4    And Participating Employers Pre-Apprenticeship, Apprentice And Journeymen Affirmative Action

5    Training Fund; Board Of Trustees Of The Operating Engineers Vacation And Holiday Plan,

6    ("Trust Funds") have brought the above-captioned action against Defendant Engeo Incorporated, A

7    California Corporation ("Engeo").

8         2.      Plaintiff Trust Funds in this action sought $323,332.20 in unpaid fringe benefit

9    contributions, interest, and liquidated damages found to be due and owing through the period 2000

10   to 2002 pursuant to an audit conducted by the Trust Funds.  Said amounts are due and owing

11   pursuant to the Master Agreement for Northern California Operating Engineers Local Union No. 3

12   ("Master Agreement") and the relevant trust agreements establishing the Trust Funds.  The parties

13   hereby stipulate and agree to settle this action under the following terms:

14        3.      Engeo agrees to have judgment entered against it in the amount of $43,622.25,

15   which constitutes known claims for delinquent fringe benefit contributions, underreported hours,

16   interest and attorneys' fees and costs owed to Trust Funds and provided for in the foregoing

17   paragraph 2.

18        4.      The parties hereto stipulate and agree that Engeo shall remit the full amount of

19   $43,622.25 in one lump payment within five (5) business days after execution of the Stipulation for

20   Entry of Judgment.  This lump sum payment shall be made by cashiers check, made payable to the

21   Operating Engineers Local Union No. 3 Trust Funds, and mailed to the Operating Engineers Local

22   Union No. 3 Trust Fund, c/o the law offices of Weinberg, Roger and Rosenfeld, 1001 Marina

23   Village Parkway, Suite 200, Alameda, CA 94501, Attn:  Nicole M. Phillips.

24        5.      The parties hereto further stipulate and agree that if Engeo fails to make the lump

25   sum payment of $43,622.25 pursuant to the exact terms as provided for in the foregoing paragraph

26   4, the Trust Funds may then execute upon the Judgment for the full amount of $323,332.20, minus

27   the amount of any payments actually received, together with the interest that shall have accrued

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
No. C05-02404 MHP
109717/398846

1  thereon.  Failure of the Trust Fund to exercise such option shall not constitute a waiver of the right

2  to exercise it in the event of a continuing or subsequent default.

3        6.        Additionally, Engeo agrees to remain current on all fringe benefit contributions for

4  a period of not less than eighteen (18) months following execution of the Stipulation for Entry of

5  Judgment, not yet due and payable, which become due and payable to the Operating Engineers

6  Trust Funds.  It is a material condition of this Stipulated Judgment that Engeo remain current on all

7  such fringe benefit contributions and failure to do so shall constitute default.

8        7.        If Engeo defaults in the making of any of said payments or any part thereof, and if

9  the Trust Fund consults legal counsel with respect thereto, there shall be added to Engeo's

10  obligation under this Stipulation for Entry of Judgment reasonable attorneys' fees, court costs and

11  all other reasonable expenses incurred by the Trust Fund in connection with such suit or claim,

12  including any and all appellate proceedings therein.

13        8.        The provisions set forth in this Stipulation for Entry of Judgment are not in violation

14  of any state or federal law.  However, if any portion of said stipulation is found to be in violation of

15  any state or federal law, then the total amount of the Stipulation for Entry of Judgment then due

16  shall immediately become due and payable.

17        9.        Plaintiffs hereby stipulate and agree that once Engeo has complied with the

18  foregoing paragraphs 3 and 6 of the Stipulation for Entry of Judgment, *Plaintiffs shall file a*

19  *satisfaction of judgment with the Court.*

20        10.        Engeo hereby stipulates and agrees that it will hold each of the Plaintiff Trust Funds

21  harmless and indemnify them for any claim or suit, whether administrative or at law, by a third-

22  party (or third-parties) who claims entitlement to fringe benefits not collected in the course of this

23  settlement by the parties pursuant to the Stipulation for Entry of Judgment.

24        11.        The parties agree that the terms of the Stipulation for Entry of Judgment shall be

25  kept confidential and no party to this Stipulation shall disclose any of the terms without prior

26  written consent from the other party or unless otherwise known to the public, except such

27  disclosure as may be required by law, or as may be necessary or advisable to legal and accounting

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 3 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
No. C05-02404 MHP
109717/398846

1   advisors. This is a material term of this Stipulation any breach by Engeo and actionable as

2   provided for in the foregoing paragraphs 2-7.

3       12.     The Stipulation for Entry of Judgment is for the benefit of and binding on the

4   parties, their heirs, successors, executors, administrators, and assigns.

5       13.     The Stipulation for Entry of Judgment may be executed in counterpart, each of

6   which shall constitute an original and with the same effect as if each party had signed the same

7   copy of it and all of which taken shall constitute one and the same instrument. Each party shall be

8   entitled to reply on facsimile or PDF copies of executed counterparts and such counterparts shall

9   be legally effective to create a legal and binding agreement.

10      14.     Engeo acknowledges to the Trust Fund that it has had the opportunity to be

11  represented by independent legal counsel of its own choice throughout all of the negotiations that

12  preceded the execution of this Stipulation for Entry of Judgment. Engeo further acknowledges that

13  they have had adequate opportunity to perform whatever investigation or inquiry they may deem

14  necessary in connection with the subject matter of this Engeo prior to its execution, and agree with

15  the delivery and acceptance of the considerations specified in this Stipulation for Entry of

16  Judgment.

17      The parties hereto mutually state that they have read the foregoing Stipulation for Entry of

18  Judgment and are fully aware of its contents and legal facts.

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
No. C05-02404 MHP
109717/398846

1   Dated: _____ , 2005

2                                                  ENGEO INCORPORATED, A California Corporation

3                                                  By: _____

4                                                       GAIL FITZSIMMONS
                                                        Executive Administrator of Engeo Incorporated

5

6   Dated: 11/7/, 2005

7                                                  OPERATING ENGINEERS LOCAL NO. 3
                                                   TRUST FUNDS

8                                                  By: _____

9                                                       WAYNE MCBRIDE
                                                        Collection Manager for Plaintiffs

10  Dated: 11/10 , 2005

11                                                 WEINBERG, ROGER & ROSENFELD
                                                   A Professional Corporation

12

13                                                 By: _____

14                                                      NICOLE M. PHILLIPS
                                                        Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001
- 5 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
No.  C05-02404 MHP
109717/398846

1   Dated: 12/21 , 2005

ENGEO INCORPORATED, A California Corporation

2

3   By: _____

4   GAIL FITZSIMMONS
    Executive Administrator of Engeo Incorporated

5

6   Dated:         , 2005

OPERATING ENGINEERS LOCAL NO. 3
7   TRUST FUNDS

8

By: _____
9   WAYNE MCBRIDE
    Collection Manager for Plaintiffs

10

Dated:         , 2005
11   WEINBERG, ROGER & ROSENFELD
     A Professional Corporation

12

13   By: _____
     NICOLE M. PHILLIPS
14   Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001
- 5 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
No. C05-02404 MHP
109717/398846

**[PROPOSED] ORDER**

The Parties having so requested, Judgment is hereby entered against Defendant Engeo Incorporated as set forth in the foregoing Stipulation for Entry of Judgment.

Dated: _11/23/05_

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

- 6 -

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER
No. C05-02404 MHP
109717/398846